IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, : : Plaintiff : : v. : : THOMAS W. CORBETT, JR., in his : capacity as Governor of the Commonwealth : of Pennsylvania, et al., : : Defendants : | No. 1:13-cv-00457 (Judge Kane) |

## ORDER

**AND NOW**, on this 15th day of October 2013, **IT IS HEREBY ORDERED THAT** State Senator Jake Corman's motion to intervene (Doc. No. 13) is **DENIED**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
