**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATIONAL COLLEGIATE** | : | |
| **ATHLETIC ASSOCIATION,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:13-cv-00457** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **THOMAS W. CORBETT, JR., in his** | : | |
| **capacity as Governor of the Commonwealth** | : | |
| **of Pennsylvania, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** on this 13th day of January, 2015, **IT IS HEREBY ORDERED THAT**:

    1.    The parties' joint motion to take judicial notice (Doc. No. 44) is **GRANTED**;

    2.    Plaintiff's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Doc. No. 58) is **DENIED AS MOOT**;

    3.    Plaintiff's motion to expedite hearing and consideration of Plaintiff's motion for judgment on the pleadings (Doc. No. 60) is **DENIED AS MOOT**;

    4.    Defendant's cross motion for judgment on the pleadings (Doc. No. 74) is **GRANTED**; and,

    5.    The Clerk of Court is directed to close the above-captioned case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania